BUCHANAN v. CITY OF THOMASVILLE

No. 410P99

Case below: 134 N.C.App. 731

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.

BUCKINGHAM v. BUCKINGHAM

No. 365P99

Case below: 134 N.C.App. 82

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.

BURNS v. GRANNY SQUIRREL MTN.
  CLUB HOMEOWNER'S ASS'N

No. 401P99

Case below: 134 N.C.App. 376

Motion by plaintiff for temporary stay denied 27 September 1999. Petition by plaintiffs for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 October 1999. Petition by plaintiffs for writ of supersedeas denied 7 October 1999.

CAP CARE GRP., INC. v. McDONALD

No. 305P99

Case below: 133 N.C.App. 189

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999. Conditional petition by plaintiffs for writ of certiorari to review the decision of the North Carolina Court of Appeals dismissed 7 October 1999.